# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2119

_____

Andrew Jackson,                              *

                                *

           Appellant,                  *

                                *   Appeal from the United States

   v.                         *   District Court for the

                                *   Eastern District of Arkansas.

Jo Anne B. Barnhart, Commissioner,  *

Social Security Administration,      *   [UNPUBLISHED]

                                *

          Appellee.                  *

_____

Submitted:  December 2, 2003

Filed:  December 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

     Andrew Jackson appeals the district court's[1] order dismissing as time-barred his complaint seeking review of the Commissioner's denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that dismissal was proper, because

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

the complaint was filed more than sixty days after Jackson's attorney received notice of the Commissioner's final decision.  <u>See</u> 42 U.S.C. § 405(g); <u>Bess v. Barnhart</u>, 337 F.3d 988, 990 (8th Cir. 2003) (per curiam) (limitations period under § 405(g) is triggered by notice received by either claimant or claimant's attorney, whichever occurs first).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____